FILED
JAN 20 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUKE KOBULNICKY, JR..<br><br>Defendant. | Case No. 06cr00582-GT<br><br>**ORDER APPROVING REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

IT IS ORDERED that the request for early termination of supervised release is hereby approved.

DATED: January 20, 2010

HON. GORDON THOMPSON, JR.
United States District Court Judge